## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 09-41754 |
| Choops Restaurant Group, LLC. | Chapter 11 |
| Debtor. | Judge Hollis |

### ORDER GRANTING DEBTOR'S MOTION TO SELL PULASKI RESTAURANT EQUIPMENT AND ASSETS FREE AND CLEAR OF LIENS

This cause coming on to be heard on motion of the Debtor to sell assets ; due and proper notice of the Motion has been given to the parties entitled thereto; and the court being duly advised in the premises:

IT IS HEREBY ORDERED that the Motion is granted.  The Debtor is authorized to sell the equipment and other assets located at 25 South Pulaski Road, Chicago Illinois to Business Units, Inc.

IT IS FURTHER ORDERED that the Debtor is authorized to execute any documents that are reasonable and necessary to complete the sale of the assets to Business Units, Inc.

FEB 23 2010

ENTER:

_____
United States Bankruptcy Judge