**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | 09 B 41754 |
| | ) | |
| **CHOOPS RESTAURANT GROUP, INC.,** | ) | Hon. Pamela Hollis |
| | ) | |
| Debtor. | ) | Ch. 11 |

**NOTICE OF MOTION**

To:    See attached Service List:

**PLEASE TAKE NOTICE** that on April 22, 2010 at 10:30 a.m., the undersigned shall appear before the Honorable Pamela S. Hollis, Courtroom 644, U.S. Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, and there present the

**ILLINOIS DEPARTMENT OF REVENUE'S MOTION TO DISMISS,**

a copy of which is attached and served upon you.

                                                      LISA MADIGAN
                                                     Illinois Attorney General

                              By:    /s/ Faith Dolgin
                                         Faith Dolgin, SPAAG
                                         100 W. Randolph St., 13th Floor
                                         Chicago, Illinois  60601
                                         312.814.5195 / 312.814.3589 (fax)

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that she served a copy of this Notice of Motion and the document therein mentioned on the parties set forth on the Service List, by the method therein described, March 31, 2010.

                                                        /s/ Faith Dolgin
                                                        Faith Dolgin

## SERVICE LIST

**Via Electronic Mail Notice to ECF Registrants:**

The following is the list of parties who are currently on the list to receive e-mail notices for this case:

- Ernesto D Borges    aferreria@bill-busters.com, BillBusters@BestClientInc.com
- Francisco Connell    fconnell@chuhak.com, kgord@chuhak.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Karen J Porter    kjplawnet@aol.com, kjplawnet@aol.com
- Timothy L Rowells    starrandrowells@sbcglobal.net
- David P. Vallas    vallas@wildman.com, fleming@wildman.com;ecf-filings@wildman.com

**Via U.S. Mail:  (See creditor list on following pages)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-41754<br>Northern District of Illinois<br>Chicago<br>Wed Mar 31 13:52:28 CDT 2010 | Choops Restaurant Group, LLC<br>19 South LaSalle<br>Suite 1500<br>Chicago, IL 60603-1413 | Hana Development, Inc.<br>16460 Mayors Row<br>Orland Hills, IL 60487-5641 |
| Ridgestone Bank<br>c/o Chuhak & Tecson<br>30 S. Wacker Dr.<br>Suite 2600<br>Chicago, IL 60606-7512 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1704 | ADT Security Services, Inc.<br>P.O. Box 371967<br>Pittsburg PA 15920-7967 |
| ARM Electric Company<br>7719 Island Avenue<br>Wonder Lake IL 60097-8931 | Al's Beef Management, Inc.<br>8200 W. 185th Street, Suite J<br>Tinley Park  IL 60487-9234 | Alberto Torrez<br>451 N Addison Rd Apt F<br>Addison IL 60101-2778 |
| Ana Delapaz<br>107 WA Micheal Ln Apt D<br>Addison IL 60101 | Chicago Beef Ad Account<br>8200 West 185th St #J<br>Tinley Park IL 60487-9234 | Chicago Department of Water<br>P.O. Box 6330<br>Chicago, IL 60680-6330 |
| Chicago Franchise Systems<br>8200 West 185th St, Suite J<br>Tinley Park IL 60487-9736 | Cintas Corporation<br>6001 West 73rd Street<br>Bedford Park, IL 60638-6101 | ComEd<br>Box 6111<br>Carol Stream, Il 60197-6111 |
| Comcast<br>1255 West North Avenue<br>Chicago, Il 60642-1562 | Department of the Treasur-IRS<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia PA 19114-0326 | DuPage County Health Department<br>111 North County Farm Road<br>Wheaton, Il 60187-3988 |
| EDH Mamagement II<br>8200 W. 185th Street, Suite D<br>Tinley Park  IL 60487-9234 | Empire Cooler Service<br>940 West Chicago<br>Chicago, IL 60642-5494 | Estate of James H. Johnson, Deceased<br>c/o Peter A. Cantwell<br>Cantwell & Cantwell<br>30 North LaSalle Street, Suite 2850<br>Chicago, Illinois 60602-3481 |
| Farmers Insurance<br>P.O. Box 0914<br>Carol Stream Il 60132-0001 | Goldy Locks<br>650 West Grand Ave.<br>Elmhurst Il 60126-1043 | Greco and Sons<br>1550 Heht Road<br>Bartlett, Il 60103-1697 |
| Greco/Reggi Addison LLC<br>c/o David Vallas<br>Wildman, Harrold, Allen & Dixon, LLP<br>225 West Wacker Drive Suite 3000<br>Chicago, IL 60606-3007 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603-2808<br>Attn: Bankruptcy Unit - 10th flr. | Illinois Department of Revenue<br>100 West Randolph Street<br>13th Floor<br>Chicago, IL 60601-3397 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | Isabel Torres<br>451 N Addison Apt F<br>Addison IL 60101-2778 | Marisol Juarez<br>34 W Michael Ln AptA<br>Addison IL 60101-2684 |

Marlem Cobas  
134 S Ruga Ct  
Addison IL 60101-3582

Nicor Gas  
P.O. Box 8350  
Aurora, IL 60507-8577

PEOPLES GAS LIGHT AND COKE CO  
130 E RANDOLPH DRIVE  
CHICAGO, IL 60601-6207

People's Gas  
130 E. Randolph, 14th Floor  
Attn: Bankruptcy  
Chicago, IL 60601-6207

Ridgestone Bank  
c/o Chuhak Tecson Klienlen  
30 South Wacker Drive  
Suite 2600  
Chicago, IL 60606-7512

Yolanda Huerta  
520 N Mill Rd Apt 31  
Addison IL 60101-2215

Ernesto D Borges  
Law Offices of Ernesto Borges  
105 W Madison Street  
23rd Floor  
Chicago, IL 60602-4647

Karen J Porter  
Porter Law Network  
230 West Monroe  
Suite 240  
Chicago, IL 60606-4730

William T Neary  
Office of the U.S. Trustee, Region 11  
219 S Dearborn St  
Room 873  
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Illinois Department of Revenue  
Bankruptcy Unit  
100 W. Randolph St., #7-400  
Chicago, IL 60601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Greco/Reggi Addison LLC

End of Label Matrix  
Mailable recipients   38  
Bypassed recipients    1  
Total                 39

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | 09 B 41754 |
| | ) | |
| CHOOPS RESTAURANT GROUP, INC., | ) | Hon. Pamela Hollis |
| | ) | |
| Debtor. | ) | Ch. 11 |

### ILLINOIS DEPARTMENT OF REVENUE'S MOTION TO DISMISS

NOW COMES the State of Illinois, Department of Revenue ("Department") by and through its attorney, LISA MADIGAN, Illinois Attorney General, and moves this Court, pursuant to 11 U.S.C. §1112(b) to dismiss the instant Ch. 11 case. In support thereof, the Department respectfully states as follows:

1. Debtor filed a voluntary petition for relief under Ch. 11 of the Bankruptcy Code (11 U.S.C. §101, et seq.) on November 3, 2009. Since it filed its petition, Debtor has operated as a Debtor in possession pursuant to §1107 and §1108.

2. Debtor operates a restaurant and is licensed by the Department under Illinois Business Tax Number 3936-5514. It is registered for filing with the Department sales tax ("ROT/UT") returns, withholding tax ("WIT") returns, income tax returns ("BIT") and for paying the applicable tax due with each return.

3. The Department is a priority and general unsecured creditor of Debtor by virtue of unpaid taxes. The Department's claim in the amount of $138,924.51 is attached.

4. Virtually all of the liability on the Department's claim is asserted in an estimated amount since the Department's records reflect that Debtor has failed to nearly every tax return

due since its inception. The following are the pre-petition periods for which sales and withholding tax returns remain outstanding:

<u>Sales Tax</u>:
October, 2008
November, 2008
December, 2008
April, 2009
May, 2009
June, 2009
July, 2009
August, 2009
September, 2009
October, 2009

<u>Withholding Tax</u>:
1st quarter, 2008
2nd quarter, 2008
3rd quarter, 2008
1st quarter, 2009
2nd quarter, 2009
3rd quarter, 2009
4th quarter, 2009

5. Pursuant to the Illinois Retailers Occupation Tax Act ("ROTA"), *35 ILCS 120/3, et seq.* and the Illinois Income Tax Act ("IITA"), *35 ILCS 5/704*, Debtor is required to have filed these returns and remains under a duty to do so. Debtor is further mandated, pursuant to 28 U.S.C. §959, to file these outstanding pre-petition returns since a debtor in possession must operate according to state law, which necessarily includes complying with the filing requirements imposed under ROTA and the IITA.

6. Pursuant to 11 U.S.C. §346(h) and 28 U.S.C. §960, Debtor is required to file all applicable tax returns and pay the corresponding taxes to the Department for each period after the petition date.

7. According to the Department's records as of the filing of this Motion, Debtor is delinquent with respect to its post-petition tax obligations as follows:

<u>Sales Tax:</u>
| | |
|---|---|
| November, 2009 | amount due: $ 261 |
| December, 2009 | no return filed / no payment received |
| January, 2010 | no return filed / no payment received |
| February, 2010 | no return filed / no payment received |

<u>Withholding Tax:</u>
4th quarter, 2009    no return filed/no payment received

8. Debtor's failure to file the above-referenced post-petition tax returns and its failure to pay its post-petition taxes is grounds under §1112(b)(4)(I) to convert or dismiss this case.

9. Debtor's tax delinquency is evidence of a substantial or continuing loss to the estate and the absence of a reasonable likelihood of rehabilitation – grounds under §1112(b)(4)(A) to convert or dismiss this case.

10. Debtor's failure to comply with state law and file its outstanding pre-petition returns is further "cause" to dismiss this case.

11. The Department reserves its right to raise, as further grounds, any additional post-petition liabilities that may accrue while this Motion is pending.

\

WHEREFORE, the Illinois Department of Revenue requests that an Order be entered dismissing or converting the instant case unless and until Debtor files all outstanding tax returns and satisfies all post-petition tax obligations due the Illinois Department of Revenue and granting the Department such other and further relief as this Court deems just and proper.


                Illinois Department of Revenue
by:    LISA MADIGAN, Illinois Attorney General


by:    /s/ Faith Dolgin
        Faith Dolgin, SPAAG
        100 W. Randolph St., 13th Floor
        Chicago, Illinois  60601
        (312) 814-5195 / (312) 814-3589 (fax)

| United States Bankruptcy Court Northern District of Illinois | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| Choops Restaurant Group LLC | 09-41754 |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Illinois Department of Revenue

☐ Check box if you are aware that the debtor's attorney filed a claim on behalf of the Illinois Department of Revenue.

Name and address where notices should be sent:
Illinois Department of Revenue, Bankruptcy Unit
100 W. Randolph St., #7-400
Chicago, IL 60601

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: 312-814-3058

THIS SPACE FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:
see attachment

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☑ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)            (date)

**2. Date debt was incurred:** see attachment

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 13,100.08 (unsecured)    0.00 (secured)    125,824.43 (priority)    138,924.51* (Total)

*Amount of debt cannot be determined in whole or in part as debtor failed to file one or more tax returns.

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. A copy of the itemized statement of all interest or additional charges must be provided to debtor's attorney and trustee.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a of setoff).
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 0.00

**6. Unsecured Nonpriority Claim** $ 13,100.08
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim.
Amount entitled to priority $ 125,824.43
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - U.S.C. § 507(a)(4).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☑ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** A Summary of Exhibits shall be prepared that enumerates and briefly describes each exhibit germane to the matter under consideration. The proof of claim and Summary of Exhibits shall be filed together. electronically as a single document. A copy of the claim and exhibits (documentation of your lien), in paper format, must still be provided to debtor's attorney and trustee.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 2/24/10 | /s/ Richard Vein, Revenue Tax Specialist |

Case 09-41754   Claim 37-1 Filed 03/24/10 Entered 03/31/10 14:30:05   Page 2 of 3



# Illinois Department of Revenue
## Attachment to Proof of Claim
### Bankruptcy 09-41754 filed  11/03/09  by
### Choops Restaurant Group LLC

| Period | Assessed* | Tax Type | Tax ID | Calculated To Bankruptcy Petition Date | | | Lien | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Tax | Penalty | Interest | Date | County |
| 2/09 | | ROT/UT | 5571-6695 | $197.00 | $495.28 | $9.66 | | |
| 3/09 | | ROT/UT | 5571-6695 | $10,471.00 | $1,406.52 | $76.89 | | |
| 11/09 | | ROT/UT | 5571-6695 | $237.00 | $0.00 | $0.00 | | |
| 10/27/08=10/31/08 | estimated | ROT/UT | 5571-6695 | $1,678.00 | $201.36 | $26.20 | | |
| 11/08 | estimated | ROT/UT | 5571-6695 | $10,401.00 | $1,248.12 | $145.32 | | |
| 12/08 | estimated | ROT/UT | 5571-6695 | $10,401.00 | $1,248.12 | $127.66 | | |
| 4/09 | estimated | ROT/UT | 5571-6695 | $10,401.00 | $1,248.12 | $59.27 | | |
| 5/09 | estimated | ROT/UT | 5571-6695 | $10,401.00 | $1,248.12 | $41.61 | | |
| 6/09 | estimated | ROT/UT | 5571-6695 | $10,401.00 | $1,248.12 | $30.21 | | |
| 7/09 | estimated | ROT/UT | 5571-6695 | $10,401.00 | $1,248.12 | $21.37 | | |
| 8/09 | estimated | ROT/UT | 5571-6695 | $10,401.00 | $1,248.12 | $12.54 | | |
| 9/09 | estimated | ROT/UT | 5571-6695 | $10,401.00 | $416.04 | $3.99 | | |
| 10/09 | estimated | ROT/UT | 5571-6695 | $10,401.00 | $0.00 | $0.00 | | |
| 1/17/08=3/31/08 | estimated | Withholding | 26-2202405 | $2,367.00 | $284.04 | $107.71 | | |
| 2nd qtr 08 | estimated | Withholding | 26-2202405 | $3,000.00 | $360.00 | $88.68 | | |
| 3rd qtr 08 | estimated | Withholding | 26-2202405 | $3,000.00 | $360.00 | $50.88 | | |
| 1st qtr 09 | estimated | Withholding | 26-2202405 | $3,000.00 | $360.00 | $20.38 | | |
| 2nd qtr 09 | estimated | Withholding | 26-2202405 | $3,000.00 | $360.00 | $7.81 | | |
| 3rd qtr 09 | estimated | Withholding | 26-2202405 | $3,000.00 | $120.00 | $0.25 | | |
| 10/1/09=11/3/09 | estimated | Withholding | 26-2202405 | $1,435.00 | $0.00 | $0.00 | | |

*If "Assessed" = "Priority" then equitable tolling applies.

End Report