UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CHOOPS RESTAURANT GROUP, INC., | ) | Case No. 09 B 41754 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

## ORDER CONVERTING CASE TO CHAPTER 7

This case is before the court on the Illinois Department of Revenue's Motion to Dismiss, for the reasons stated from the bench at the hearing held in this matter on April 22, 2010, it ordered that Debtor's case is hereby converted to one under Chapter 7.

ENTER:

APR 2 2 2010

Dated: April 22, 2010

_____
Pamela S. Hollis
United States Bankruptcy Judge